suit on the bond as "damages rendered or to be rendered." *St. Louis S. & R. Co. v. Wyman,* 22 Fed. 184; *Stults v. Zahn,* 117 Ind. 297; *Green v. Sternberg,* 15 Mo. App. 32.

We do not construe the bond, however, as covering the cost of printing the plaintiff in error's briefs in this court or the amount claimed by plaintiff in error for counsel fees in this court on the appeal. The bond does cover the court costs in this court on the appeal and the sheriff's fees for the execution of the *alias* writ of assistance. In our opinion, the plaintiff below, plaintiff in error here, was entitled to recover the stipulated fair rental value of the premises from March 30, 1909, to March 18, 1912, which amounted to $534, and the costs above named, $43.70, making in all $577.70, together with interest thereon from December 21, 1912, at five per cent., amounting in all to $612.70. The judgment below is reversed and judgment is entered here for the amount above named, $612.70.

*Reversed and judgment here.*

---

**Thomas Smith, Defendant in Error, v. Martin Fligel, Plaintiff in Error.**

**Gen. No. 19,174. (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed. Opinion filed March 10, 1914.

## Statement of the Case.

Action by Thomas Smith against Martin Fligel to recover the value of lumber wrongfully converted. From a judgment for plaintiff for fifty dollars, defendant brings error.

BLUM & BLUM, for plaintiff in error.

HARRY BROWN, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

BAILMENT, § 10*—*when gratuitous bailee not liable.* In an action for the conversion of lumber placed by plaintiff on the property of defendant, with the latter's consent, there being no evidence to show that any of the lumber was taken by defendant, it was *held* that defendant was merely a gratuitous bailee, and, in the absence of evidence of gross negligence on his part, was not liable.

----

## Cross and Banta Show Printing Company, Defendant in Error, v. Edward H. Marhoefer et al., trading as Col. W. A. Thompson Company (not Inc.), Plaintiffs in Error.

### Gen. No. 18,718. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY OLSON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed and remanded. Opinion filed March 10, 1914.

### Statement of the Case.

Action by Cross and Banta Show Printing Company against Edward H. Marhoefer, W. A. Thompson and Wellington T. Stewart, as copartners, trading as Col. W. A. Thompson Company (not Inc.), to recover for printing furnished defendants. Judgment was rendered against defendants below and defendant Marhoefer brings error.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number